**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| DIDIER ESTIVEN MARIN ARROYABE | CIVIL ACTION NO. 26-4696 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN RIVER CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Didier Estiven Marin Arroyabe ("Petitioner") filed a petition for a writ of habeas corpus, Record Document 1, and a motion for a temporary restraining order, Record Document 2. The habeas petition is **REFERRED** to the Magistrate Judge for recommendation. For the following reasons, the motion for a temporary restraining order is **DENIED**. Record Document 2.

Petitioner's motion for a temporary restraining order turns on his request for either immediate release or a bond hearing. Record Document 2 at 7. As such, Petitioner's motion mirrors the same relief demanded in his habeas petition. "Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now…The Court will not allow Petitioner to commit an end-run around the habeas process." *Da Silva v. Tellez*, No. 25-1960, 2025 WL 3553041, at *1 (W.D. La. Dec. 8, 2025).

Petitioner also asks for an order prohibiting his transfer to another jurisdiction. Such a transfer would not deprive the Court of jurisdiction, and

therefore, injunctive relief is unwarranted. *Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

Petitioner also requests an order prohibiting removal from the United States. Record Document 2 at 2, 7. The United States Court of Appeals for the Fifth Circuit has made clear: "[a] request for stay of removal is a challenge to a removal order[,]" and the district court lacks "jurisdiction to grant such relief[.]" *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026).

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of November, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE